1016

[No. 20218-6-III.   Division Three.   October 29, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. KARA DAWN SPIES, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-00329-2, Tari S. Eitzen, J., entered May 23, 2001. *Affirmed in part* and *reversed in part* by unpublished opinion per Sweeney, J., concurred in by Brown, C.J., and Schultheis, J.

[Nos. 20242-9-III; 20567-3-III;   Division Three.   October 29, 2002.]
    20854-1-III.

THE STATE OF WASHINGTON, *Respondent*, v. SIDNEY GILBERT ORANGE, *Appellant*.

*In the Matter of the Personal Restraint of* SIDNEY G. ORANGE, *Petitioner*.

Appeals from judgments of the Superior Court for Spokane County, No. 00-1-02380-5, Linda G. Tompkins, J., entered August 6, 2001 and March 14, 2002, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Schultheis, J., concurred in by Brown, C.J., and Sweeney, J.

[No. 20342-5-III.   Division Three.   October 29, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNNIE LEE HILL, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 00-1-50254-0, Vic L. VanderSchoor, J., entered June 19, 2001. *Affirmed* by unpublished opinion per Kato, J., concurred in by Brown, C.J., and Kurtz, J.